# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHALID BAZZI, | Case No. CV11-00482 DDP (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANTIOCH UNIVERSITY and DOES 1-100, inclusive, | |
| Defendants. | |

# JUDGMENT

Defendant Antioch University's ("Antioch") Motion for Summary Judgment with respect to Plaintiff Khalid Bazzi's ("Plaintiff") Complaint for Damages was brought before and decided without oral argument by the Honorable Dean D. Pregerson.

After the evidence and authorities submitted by Antioch and Plaintiff have been fully considered, after the issues raised have been duly examined, and after an order granting Antioch's Motion for Summary Judgment has been duly rendered in Antioch's favor,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Khalid Bazzi take nothing and that this entire action, *Khalid Bazzi v. Antioch University*, CV11-00482DDP (Ex), be dismissed as barred by the statute of limitations.

Dated: _January 27, 2012_   _____
Hon. Dean D. Pregerson
United States District Judge

11617539.1 (OGLETREE)

Bazzi v. Antioch Proposed

1   Case No. CV11-00482DDP (Ex)
[PROPOSED] JUDGMENT